IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pierce, Calvin R | Case Number: 04 B 13393 |
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 4/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 14, 2007
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 53,020.00 | |
| Secured: | | 41,186.47 |
| Unsecured: | | 6,664.41 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 2,666.44 |
| Other Funds: | | 2.68 |
| Totals: | 53,020.00 | 53,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Bank One | Secured | 0.00 | 0.00 |
| 3. | Nationstar Mortgage LLC | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 6. | Nationstar Mortgage LLC | Secured | 0.00 | 0.00 |
| 7. | Nationstar Mortgage LLC | Secured | 3,174.60 | 3,174.60 |
| 8. | Ford Motor Credit Corporation | Secured | 29,677.57 | 14,770.03 |
| 9. | Cook County Treasurer | Secured | 4,657.70 | 4,657.70 |
| 10. | Ford Motor Credit Corporation | Secured | 36,655.33 | 18,252.39 |
| 11. | America's Servicing Co | Secured | 898.29 | 331.75 |
| 12. | Cook County Treasurer | Secured | 1,111.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 147.58 | 147.58 |
| 14. | Dell Financial Services, Inc | Unsecured | 960.30 | 960.30 |
| 15. | Capital One | Unsecured | 5,131.44 | 5,131.44 |
| 16. | Capital One | Unsecured | 425.09 | 425.09 |
| 17. | Ford Motor Credit Corporation | Unsecured | 0.23 | 0.00 |
| 18. | Cook County Treasurer | Priority | | No Claim Filed |
| 19. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 20. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 21. | St James Hospital | Unsecured | | No Claim Filed |
| 22. | ARS | Unsecured | | No Claim Filed |
| 23. | State of Illinois | Unsecured | | No Claim Filed |
| 24. | Midwest Physician Group | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pierce, Calvin R

Printed:  11/20/07

Case Number:  04 B 13393
Judge:  Hollis, Pamela S
Filed:  4/5/04

$ 85,339.13       $ 50,350.88

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 240.01 |
| 6.5% | 704.99 |
| 3% | 135.02 |
| 5.5% | 742.49 |
| 5% | 225.01 |
| 4.8% | 455.98 |
| 5.4% | 162.94 |

$ 2,666.44

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_